IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LA TRICE E. HOLLEY

        Plaintiff,                    No. CIV S-06-2586 GEB EFB PS

    vs.

COUNTY OF YOLO, et al.,

        Defendants.         <u>ORDER</u>

       This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). Before the court is plaintiff's February 7, 2007, request for an extension of time to file an amended complaint. On January 10, 2007, the undersigned granted plaintiff leave to proceed *in forma pauperis* and dismissed the lodged complaint with leave to amend. Plaintiff informs the court that she intends to retain the assistance of counsel and requests an additional sixty days to file an amended complaint.[1]

////

---

[1] Plaintiff is informed that pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue. If plaintiff's financial status differs from what is reflected on the affidavit she filed in support of her application to proceed *in forma pauperis*, she is directed to notify the court accordingly.

1

1  Good cause appearing, plaintiff's request for an extension of time is granted. Plaintiff
2  shall file within sixty days of the date of service of this order an amended complaint consistent
3  with this court's order dated January 10, 2007.
4  SO ORDERED.
5  DATED: February 20, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2