IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LA TRICE E. HOLLEY,

    Plaintiff,                       No. CIV S-06-2586 GEB EFB PS

    vs.

COUNTY OF YOLO, et al.,

    Defendants.                <u>ORDER</u>

        This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On May 3, 2007, this court granted plaintiff a second extension of time to file an amended complaint, which was to be filed within thirty days of that order. On June 5, 2007, plaintiff filed a request for a "forbearance of two days" in order to file her amended complaint, and then filed the amended complaint on June 8, 2007.

        Accordingly, the court hereby grants plaintiff's request for an extension of time and deems the lodged amended complaint timely filed. However, the court reminds plaintiff that since she is proceeding in this action *in forma pauperis*, the amended complaint is subject to screening consistent with 28 U.S.C. § 1915(e)(2).

Dated: July 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE